IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00060-MR

| | |
|---|---|
| JACOB HOOTS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SHERIFF OF BUNCOMBE COUNTY, )<br>et al., )<br>)<br>    Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's pro se "Motion to Add Officer Peter to Complaint" [Doc. 10].

The pro se incarcerated Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the Buncombe County Detention Facility (BCDF) and at the Henderson County Detention Center (HCDC), where he is presently being held. [Doc. 1]. The Complaint was dismissed on initial review, and the Plaintiff was given the opportunity to file a superseding Amended Complaint. [Doc. 9]. The Plaintiff was cautioned that [p]iecemeal amendment will not be allowed." [Id. at 8].

The Plaintiff then filed an Amended Complaint [Doc. 11] as well as the instant "Motion to Add Officer Peter to Complaint" [Doc. 10]. The Plaintiff's

Motion to Add is an attempt to amend the Complaint piecemeal, and accordingly it is denied. The Plaintiff will be granted the opportunity to file a superseding Second Amended Complaint. If the Plaintiff chooses to file a Second Amended Complaint, it must be on a § 1983 form, clearly identify the Defendants against whom he intends to proceed, and set forth facts describing how each of the Defendants allegedly violated his rights. See generally Fed. R. Civ. P. 10(a). Any Second Amended Complaint will be subject to all timeliness and procedural requirements and will supersede the Complaint and the Amended Complaint. Piecemeal pleading will not be allowed. If the Plaintiff fails to timely amend in accordance with this Order, the Court will proceed on the Amended Complaint [Doc. 11].

**IT IS, THEREFORE, ORDERED** that:

1. The Plaintiff's "Motion to Add Officer Peter to Complaint" [Doc. 10] is **DENIED**.

2. The Plaintiff may file a Second Amended Complaint within **thirty (30) days** of this Order. If Plaintiff fails to file a Second Amended Complaint in accordance with this Order, this action will proceed on the Amended Complaint [Doc. 11].

The Clerk is respectfully instructed to mail the Plaintiff a blank prisoner § 1983 complaint form and a copy of this Order.

**IT IS SO ORDERED.**

Signed: July 14, 2022

Martin Reidinger
Chief United States District Judge