IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00060-MR

| | |
|---|---|
| JACob HOOTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| QUENTIN MILLER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred while he was a pretrial detainee at the Buncombe County Detention Facility. The Second Amended Complaint passed initial review on claims asserted against Defendants Jonathan Johnson,[1] FNU Halub, and Lisa Mobley.[2] [Doc. 16]. Defendants Johnson and Mobley have filed Answers. [Docs. 25, 26]. Defendant Halub

---

[1] "Detention Officer Johnson" in the Second Amended Complaint. [Doc. 15 at 1]. The Clerk will be instructed to correct the Court's records to reflect this Defendant's correct name.

[2] "Detention Nurse Lisa" in the Second Amended Complaint. [Doc. 15 at 1]. The Clerk will be instructed to correct the Court's records to reflect this Defendant's correct name.

has been served, but he has not filed an Answer [see Doc. 21 (Summons Returns)].

The Plaintiff shall take further action to prosecute this case against Defendant Halub within fourteen (14) days of this Order. Failure to take any such further action shall result in the dismissal of this Defendant without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall take further action to prosecute this case against Defendant Halub within **fourteen (14) days** of this Order. Failure to take any such further action shall result in the dismissal of this Defendant without prejudice.

The Clerk is respectfully instructed to replace "FNU Johnson" with Jonathan Johnson, and "FNU Lisa" with Lisa Mobley in the Court's records.

**IT IS SO ORDERED.**

Signed: January 3, 2023

Martin Reidinger
Chief United States District Judge